UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTWONE DORNELL GOOLSBY,

    Plaintiff,

  v.

JOE LIZARRAGA,

    Defendant.

No.  2:15-cv-2616-EFB P

ORDER

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He has submitted an affidavit requesting leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a)(1).  He has also submitted a trust account statement, but it is not certified and is outdated by over six months.

      Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period *immediately preceding the filing of the complaint* . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined."  28 U.S.C. § 1915(a)(2) (emphasis added).

/////

/////

1

1    Accordingly, plaintiff has 30 days from the date this order is served to submit the required
2 trust account statement.  Failure to comply with this order will result in this action being
3 dismissed.  The Clerk of the court is directed to send to plaintiff a new form Application to
4 Proceed In Forma Pauperis by a Prisoner.
5    So ordered.
6 Dated:  December 29, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE